BEFORE THE SECOND DIVISION, DECEMBER 15, 1966

**No. P66/372.**—Globe Importing Co. et al. *v.* United States, protests 62/4366, etc. (Philadelphia).

**No. P66/373.**—Davies, Turner & Co. et al. *v.* United States, protests 63/5965, etc. (Philadelphia).

RAO, C. J. In accordance with stipulation of counsel that the items of merchandise marked "B" and "C" covered by the foregoing protests consist of hose nozzles similar in all material respects to those the subject of *United States* v. *Lipman's* (52 CCPA 59, C.A.D. 859), except that the component material of chief value of the merchandise

in the items marked "C" is zinc, the claims of the plaintiffs were sustained.